# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3586

_____

Reginald Morgan,                              *
                                             *
            Appellant,                        *
                                             *   Appeal from the United States
      v.                                      *   District Court for the
                                             *   Eastern District of Missouri.
Johnny Ford; Missouri Department of           *
Mental Health; Dr. Dorn Schuffman;            *   [UNPUBLISHED]
Laurent Javois; Dr. Keith Schafer,            *
                                             *
            Appellees.                        *

_____

Submitted: May 1, 2009
Filed: May 5, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Reginald Morgan appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir. 2007), we find no basis for reversal, and we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.